UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SPENCER D. DREIER,

                Plaintiff,

    - against -

BEN CLORITE,

                Defendant.

09 Civ. 7553 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties motions in limine are decided as explained on the record at a conference held today

    The Clerk is directed to close Docket Nos. 93 and 105.

SO ORDERED.

Dated:    New York, New York
            July 2, 2012

                                    /s/ John G. Koeltl
                                    John G. Koeltl
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/3/12